DENNIS K. BURKE
United States Attorney
District of Arizona
JOSHUA C. MELLOR
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
Email: joshua.mellor@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR10-0616 TUC FRZ/HCE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Barry Cornelius Grier,<br><br>Defendant. | **INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 111(a)<br>18 U.S.C. § 111(b)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>(Assault on a Federal Officer - Attempted Use of a Deadly or Dangerous Weapon; Possession of Firearm and Ammunition by a Convicted Felon) |

VICTIM CASE

THE GRAND JURY CHARGES:

COUNT ONE

That on or about November 20, 2009, at or near Sierra Vista, in the District of Arizona, the defendant, BARRY CORNELIUS GRIER, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Abram Morales, an officer of the United States or any agency thereof, with the act constituting more than simple assault, by struggling for several minutes with Agent Morales, trying to knee him in the groin and punch him in the mouth, and head butting him in the mouth, and, in the commission of these acts, attempted to use a dangerous or deadly weapon, that is, a firearm, by grabbing and trying to gain control over Agent Morales' service firearm, while repeatedly telling Agent Morales that he was going to kill him, while Agent Morales was engaged in the

performance of his official duties, in violation of Title 18, United States Code, Sections 111(a) 111(b).

## COUNT TWO

That on or November 20, 2009, at or near Sierra Vista, in the District of Arizona, the defendant, BARRY CORNELIUS GRIER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is; Conspiracy to Possess With Intent to Distribute Cocaine, United States District Court, Western District of Louisiana, case number 3:03-CR-30031-02, did knowingly possess a firearm and ammunition, that is; one (1) Iberia Firearms .40 caliber semi-automatic pistol, model JCP40, serial number X719255; and eight (8) rounds of Smith & Wesson manufactured R-P .40 caliber ammunition; said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DENNIS K. BURKE
United States Attorney
District of Arizona

[signature]
Assistant U.S. Attorney

MAR 2 4 2010



[REDACTED FOR PUBLIC DISCLOSURE]